**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PATRICIA D. SHOCKLEY                                                                              PLAINTIFF

V.                                      NO. 3:11CV00054 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE